COMMONWEALTH of Pennsylvania, Respondent

v.

Johnnie MADDOX, Petitioner

No. 398 EAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

### ORDER

PER CURIAM

AND NOW, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Terrel NOAKS, Petitioner

No. 370 WAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

### ORDER

PER CURIAM

AND NOW, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

William RINICK, Petitioner

No. 344 EAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

### ORDER

PER CURIAM

AND NOW, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Eddie EVANS, Petitioner

No. 379 EAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

### ORDER

PER CURIAM

AND NOW, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**